IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff/Respondent.

v.                                                    No. CV 16-0499 JB/LAM
                                                              No. CR 07-01164 JB

**ROBERT LESTER HAMMONS,**

    Defendant/Movant,

## ORDER GRANTING UNOPPOSED MOTION TO STAY

**THIS MATTER** is before the Court on the *United States' Unopposed Motion to Stay (Doc. 15)*, filed on September 6, 2016. In its motion, the United States asks the Court to stay deadline for its response to Defendant/Movant's § 2255 motion pending a decision from the Tenth Circuit in *United States v. Maldonado-Palma*, No. 15-2146. The Court **FINDS** that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the *United States' Unopposed Motion to Stay (Doc. 15)* is **GRANTED** and the deadline for the United States to respond to Defendant/Movant's § 2255 motion is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the United States shall notify the Court when the Tenth Circuit issues a ruling in *United States v. Maldonado-Palma*, and the United States' response to Defendant/Movant's § 2255 motion is due **within twenty-one (21) days of the issuance of that decision**.

**IT IS SO ORDERED.**

                                                          _____
                                                          **LOURDES A. MARTÍNEZ**
                                                          **UNITED STATES MAGISTRATE JUDGE**